# IN THE

# COURT OF APPEALS OF INDIANA

Bryan Builders LLC, et al.,

*Appellants,*

v.

The Cincinnati Casualty
Company, et al.,

*Appellees.*

Court of Appeals Cause No.
24A-CT-1068



FILED

Nov 06 2025, 9:27 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

## Order

On September 30, 2025, the Court issued its Opinion.

Appellants have tendered a Petition for Rehearing.

Having reviewed the matter, the Court finds and orders as follows:

1. The Clerk of the Court is directed to file, as of the date of this order, Appellants' Petition for Rehearing received on October 30, 2025.
2. Appellants' Petition for Rehearing is granted.
3. The Court's September 30, 2025 Opinion is withdrawn and vacated. The Court is issuing an amended Opinion as of the date of this order. Accordingly, the time periods for filing a petition for rehearing or a petition to transfer will commence on today's date.
4. The Clerk of the Court is directed to remove from the Court's website the September 30, 2025 version of the Court's Opinion.
5. The Clerk of the Court is directed to send this order to the parties, the trial court, the Hendricks Circuit and Superior Courts Clerk, West/Thomson Reuters, LexisNexis, and all other sources to which decisions/opinions of this Court are sent.
6. The Hendricks Circuit and Superior Courts Clerk is directed to file this order under Cause Number 32D04-2210-CT-145, and, pursuant

to Indiana Trial Rule 77(D), the Clerk shall place the contents of this order in the Record of Judgments and Orders.

Ordered: 11/6/2025

Vaidik, Bailey, DeBoer, JJ., concur.

For the Court,

_____

Chief Judge